CERTAIN UNDERWRITERS AT LLOYDS LONDON, subscribing to policy UP01US361029, Plaintiff–Appellee,

v.

MAGNOLIA MANAGEMENT CORPORATION; Brandon Living Center, LLC, doing business as Brandon Court; Ranking Community Care Center, LLC, doing business as Brandon Court; Brandon Court, LLC; Sandra Champion Ball; Melissa Johnston; Tracy Robinson Garcie; Colleen Camp, Defendants–Appellants.

No. 07–60388.

United States Court of Appeals, Fifth Circuit.

July 25, 2008.

Richard Thomas Bennett, Bennett, Lotterhos, Sulser & Wilson, Jackson, MS, for Plaintiff-Appellee.

Larry E. Yarbrough, Yarbrough Law Firm, Jackson, MS, for Defendants–Appellants.

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

We have carefully reviewed the record, considered the briefs of the parties and argument of counsel. Essentially for the reasons stated by the district court in its careful Memorandum Opinions and Orders

of June 2, 2005 and August 23, 2006, we agree with the district court's conclusion that appellants' policy provided no coverage to appellants. We, therefore, affirm the district court's declaratory judgment.

Because we are unable to determine from the record whether appellee has discharged any duty it may have to pay appellants' cost of defense incurred prior to the district court's no coverage ruling, we remand this case to the district court to resolve this issue and render judgment accordingly.

AFFIRMED.

REMANDED.